Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 839 | **DATE** | 4/11/2002 |
| **CASE TITLE** | 3COM Corporation vs. Elizabeth Gilbert | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant Elizabeth Gilbert has moved for reconsideration, which we now grant in part. We reduce that time by eight hours, at $225 per hour. The amended award is $13,509.20.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | APR 1 5 2002 | |
| | Notified counsel by telephone. | | date docketed | 27 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3COM CORPORATION,             )
                              )
            Plaintiff,        )
                              )
      vs.                     )      No. 01 C 839
                              )
ELIZABETH GILBERT,            )
                              )
            Defendant.        )

## MEMORANDUM OPINION AND ORDER

On February 8, 2002, we granted plaintiff's motion for fees and costs incurred to effect service. Defendant Elizabeth Gilbert has moved for reconsideration, which we now grant in part. We earlier pointed out that plaintiff's actual expenses were considerably greater than the amount actually awarded because the entitlement to fees and costs did not arise until after numerous attempts at service. And the failure to serve can, at best and charitably, be characterized as caused by defendant's inadvertence.

Nevertheless, we recognize that we may award fees and costs only for the time after failure to return the waiver. Defendant complains that 22.9 hours were spent on researching alternative methods of service. That is somewhat of an overstatement – much of that time was devoted to other matters, including drafting a detailed motion and affidavit. Even so, the time expended is considerable. We reduce that time by eight hours, at $225 per hour. The amended award is $13,509.20.

                                    _____
                                    JAMES B. MORAN
                                    Senior Judge, U. S. District Court

_____April 11_____, 2002.